UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-10028 |
| Plaintiff, | |
| vs. | FACTUAL BASIS STATEMENT |
| DEREK MICHAEL MASON, | |
| Defendant. | |

Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense to which Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

My name is Derek Michael Mason and am a resident of Watertown, South Dakota.

Between May 1, 2017, and May 5, 2020, I knowingly possessed graphic image and video files depicting one or more minors engaged in sexually explicit conduct. I used my Apple iPhone 8 with serial number C39WFBZSJCLM to obtain the files from the internet which involved and affected interstate commerce. I knew the files contained child pornography when I downloaded them. I also knew that some of the files depicted prepubescent minors who had not attained 12 years of age.

All of my actions were in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2).

DENNIS R. HOLMES
Acting United States Attorney

___July 19, 2021___  ___/s/ JCClapper___
Date  Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD   57101-2638
Telephone:  (605)357-2351
Facsimile:   (605)330-4410
E-Mail: Jeff.Clapper@usdoj.gov


___July /19/2021___  ___/s/ Derek Mason___
Date  Derek Michael Mason
Defendant


___July 19, 2021___  ___/s/ Amanda F. Pippley for___
Date  Amanda Work
Attorney for Defendant